In the Matter of the General Assignment for the Benefit of Creditors of Dimock & Fink Plumbing Supply Corporation, Assignor, to Jobbers Credit Association, Inc., Assignee. American Radiator & Standard Sanitary Corporation, Petitioner-Appellant; Jobbers Credit Association, Inc., Assignee-Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Raymond Fogelman and Others, Respondents, v. The Home Insurance Company, Appellant.— Order, so far as appealed from, unanimously modified by allowing item 1 in addition to the inspection already allowed, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Mary Oresk, Individually and as Natural Guardian of Sandra Oresk Feldman, an Infant, etc., Plaintiff, v. Abraham G. Feldman, Defendant. In the Matter of the Application of Messrs. Garey & Garey, for Substitution of Attorneys for the Plaintiff, Mary Oresk, Respondent, Lucile Pugh, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of Don Juan, Inc., Assignor, to Nat Otte, Assignee-Appellant. Stokes & Smith Co., Claimant-Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of Jane D. Seale and Morton A. Bernstein, to Set Aside the Election of Directors of Charles L. Seale, Inc., Appellants, Charles L. Seale Corporation, Cecil W. Vliet and Albert H. Gebhardt, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Anton Bondy, Petitioner-Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against John J. McElligott, Fire Chief and Commissioner of the Fire Department, City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.